# ELECTRONIC RECORD

931-15

COA # 14-14-00261-CR  OFFENSE: Burglary of a Habitation

STYLE: Kevin Joseph Johnson v The State of Texas  COUNTY: Harris

COA DISPOSITION: Affirmed  TRIAL COURT: 185th District Court

DATE: June 30, 2015   Publish: No  TC CASE #:1389701

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Kevin Joseph Johnson v The State of Texas

CCA # _____

_____PRO SE_____ Petition  CCA Disposition: __931-15__

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____REFUSED_____  JUDGE: _____

DATE: __11/25/2015__  SIGNED: _____  PC: _____

JUDGE: _____  PUBLISH: _____  DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD